

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Elijah David Brown,<br>DEFENDANT(S). | CASE NUMBER<br><br>CR 11-570<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __Thursday, August 11__, __2011__, at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __8/9/11__

_____
U.S. District Judge/Magistrate Judge